# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

---

THE UNITED STATES OF AMERICA

-vs-

XINGKUN WU

MARCH GRAND JURY
(Empaneled 3/16/04)

05-CR-6027R(P)

**INDICTMENT**

Violation:

18 U.S.C. §1832(a)(1)

05 FEB 17 PM 12:48
U.S. DISTRICT COURT
FILED

### COUNT ONE

**The Grand Jury Charges:**

From on or about March 30, 2000 and continuing to on or about April 28, 2000, in the Western District of New York, the defendant, **XINGKUN WU**, did knowingly steal and appropriate without authorization trade secrets, specifically (a) an eighteen-page presentation titled "Liquid Crystal Cross & Connect (CCX) Optical Design" dated May 1999; (b) a three-page document titled "Microbend Exchange at Wilmington, Experimental Outlook: Bend Sensitivity Study Using a High Cutoff DC Fiber While in a Multimode Operation" dated March 1998; (c) three pages of technical design drawings for Wavelength Add/Drop Module; and (d) a file concerning a project known

as "Project Fox Glove", which trade secrets are related to or included in products that are produced for or placed in interstate or foreign commerce, intending or knowing that his acts would economically benefit anyone other than, and would injure, Corning Incorporated, the owner of the trade secrets.

**All in violation of Title 18, United States Code, Section 1832(a)(1).**

DATED:   Rochester, New York
         February 17, 2005

                                   MICHAEL A. BATTLE
                                   United States Attorney

                        By:        _____
                                   TIFFANY H. LEE
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Western District of New York
                                   620 Federal Courthouse
                                   100 State Street
                                   Rochester, New York 14614
                                   (585) 263-6760, ext. 2251
                                   tiffany.lee@usdoj.gov

A TRUE BILL:

_____
WENDY ADAMS
FOREPERSON

2